

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2019

No. 04-19-00475-CV

**IN RE G.E.T.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00671
The Honorable Laura Salinas, Judge Presiding

# O R D E R

Debra Jimenez's notification of late record is hereby NOTED. The reporter's record is due no later than August 9, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court